(79 South. 877)

CITY OF DOTHAN v. BECK. (4 Div. 758.) (Supreme Court of Alabama. June 4, 1918.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. B. F. Reid, of Dothan, for appellant. T. M. Espy, of Dothan, for appellee.

PER CURIAM. Affirmed as per agreement on file.

(79 South. 877).

CONNER v. STATE. (3 Div. 367.) (Supreme Court of Alabama. May 30, 1918.) Certiorari to Court of Appeals. Bob Conner was convicted of keeping beer for unlawful sale, and he appealed. The Court of Appeals affirmed the conviction (16 Ala.App. 452, 78 South. 715), and defendant applies for certiorari. Writ denied. C. E. O. Timmerman, of Prattville, for appellant. F. Loyd Tate, Atty. Gen., for the State.

THOMAS, J. Petition of Bob Conner for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the appeal of Bob Conner v. State, 16 Ala. App. 452, 78 South. 715. Writ denied.

(79 South. 877)

FARMERS' BANK OF LUVERNE v. SHOWS et al. (4 Div. 773.) (Supreme Court of Alabama. June 6, 1918.) Appeal from Circuit Court, Crenshaw County, in Equity; A. E. Gamble, Judge. W. H. Stoddard, of Luverne, for appellant. Frank B. Bricken, of Luverne, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 877)

HOUSTON v. ELROD. (7 Div. 933.) (Supreme Court of Alabama. May 30, 1918.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Isbell & Scott, of Ft. Payne, for appellee.

PER CURIAM. Affirmed on certificate.

(79 South. 877)

KUHN v. STATE. (7 Div. 975.) (Supreme Court of Alabama. June 27, 1918.) Certiorari to Court of Appeals. Ross Blackmon, of Anniston, for appellant. F. Loyd Tate, Atty. Gen., for the State.

GARDNER, J. Petition of Joseph Kuhn for certiorari to the Court of Appeals to review and revise the opinion of said court in the case of Jos. Kuhn v. State, 16 Ala. App. 489, 79 South. 394. Writ denied.

(79 South. 877).

NATIONAL CAST IRON PIPE CO. v. LESTER. (6 Div. 806.) (Supreme Court of Alabama. June 6, 1918.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Thach & Underwood, of Birmingham, for appellant. Erle Pettus, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(79 South. 877)

PRATT CONSOLIDATED COAL CO. v. CLARK et al. (6 Div. 796.) (Supreme Court of Alabama. May 30, 1918.) Appeal from Cir-

cuit Court, Jefferson County; John H. Miller, Judge. Lamkin & Watts, of Birmingham, for appellant. Erle Pettus, of Birmingham, for appellees.

PER CURIAM. Dismissed by agreement.

(79 South. 877)

Ex parte SCHULER. (7 Div. 913.) (Supreme Court of Alabama. May 28, 1918.) Goodhue & Brindley, of Gadsden, for appellant. O. R. Hood and W. J. Boykin, both of Gadsden, for appellee.

PER CURIAM. Petition dismissed by petitioner.

(79 South. 877)

SHARP et al. v. EDWARDS et al. (7 Div. 922.) (Supreme Court of Alabama. May 28, 1918.) Appeal from Circuit Court, Calhoun County, in Equity; Hugh D. Merrill, Judge. Ross Blackmon, of Anniston, for appellants. Blackwell, Agee & Bibb, of Anniston, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 877)

SPENCE v. BATES. (7 Div. 929.) (Supreme Court of Alabama. May 28, 1918.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. M. D. Ivey and Riddle & Riddle, all of Talladega, for appellant. Knox, Acker, Dixon & Stewart, of Talladega, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 877)

Ex parte STATE. MAY v. STATE. (3 Div. 365.) (Supreme Court of Alabama. May 16, 1918.) Certiorari to Court of Appeals. F. Loyd Tate, Atty. Gen., for appellant. L. A. Sanderson, of Montgomery, for appellee.

ANDERSON, C. J. Certiorari to Court of Appeals on behalf of the state to review and revise the judgment of the Court of Appeals reversing and remanding the cause of Luther A. May v. State, 16 Ala. App. 541, 79 South. 677. Writ denied.

(79 South. 877)

WINDHAM v. STATE. (4 Div. 786.) (Supreme Court of Alabama. May 16, 1918. Rehearing Denied June 20, 1918.) Certiorari to Court of Appeals. Application of W. P. Windham for certiorari to the Court of Appeals to review and revise the judgment of the Court of Appeals in the case of W. P. Windham v. State, 16 Ala. App. 383, 77 South. 963. Writ denied. M. S. Carmichael, of Montgomery, and M. A. Owen and J. A. Carnley, both of Elba, for appellant. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Writ denied.